UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
11/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RYO___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                PLAINTIFF<br>v.<br>VIRGINIA REYES, and<br>ISAI CARRILLO,<br><br>                DEFENDANTS | CASE NUMBER<br><br>CR  2:25-cr-00945-MEMF<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

United States v. Virginia Reyes, Case No. 2:25-po-01287-MAR, which:

    __X__    was previously assigned to the Honorable Margo A. Rocconi;

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: November 17, 2025

*/s/ Patrick D. Kibbe*
Patrick D. Kibbe
Assistant United States Attorney